STATE OF NEW JERSEY v. LESTER BRADLEY.

May 14, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY C. LEE.

May 14, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH BADAMO.

May 14, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES A. BURNETT.

May 14, 1985.

Petition for certification denied.   (See 198 *N.J.Super.* 53)